UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVAR ROY,

                    Plaintiff,

          -against-

GOVERNOR ANDREW CUMO, ET AL.,

                    Defendants.

25cv4599 (LTS)

CIVIL JUDGMENT

          For the reasons stated in the March 17, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 20, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge